IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS EDGE INC., FARMERS EDGE (US) INC., and FARMERS EDGE (US) LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMOBILE, LLC, JASON G. TATGE, HEATH GARRETT GERLOCK, and RANDALL THOMAS NUSS,<br><br>Defendants. | **8:16CV191**<br><br>**ORDER** |
| FARMOBILE, LLC, JASON G. TATGE, HEATH GERLOCK, RANDALL THOMAS, and CLARKE GERLOCK,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS EDGE INC., and RON OSBORNE,<br><br>Defendants. | **8:17CV225**<br><br>**ORDER** |

This matter is before the court sua sponte. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4)(c)(i). Accordingly, Case No. 8:17CV225, *Farmobile, LLC et al v. Farmers Edge Inc. et al*, is reassigned to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters and remains assigned to Senior Judge Joseph F. Bataillon for disposition.

Dated this 30th day of June, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge