IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS EDGE INC., FARMERS EDGE (US) INC., and FARMERS EDGE (US) LLC,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    vs.<br><br>FARMOBILE, LLC, JASON G. TATGE, HEATH GARRETT GERLOCK, and RANDALL THOMAS NUSS,<br><br>        Defendants/Counter-Claimants.<br><br>_____<br><br>CLARKE GERLOCK,<br><br>        Third Party Plaintiff,<br><br>    vs.<br><br>FARMERS EDGE INC., FARMERS EDGE (US) INC., and FARMERS EDGE (US) LLC,<br><br>        Third Party Defendants. | **8:16CV191**<br><br>**ORDER** |

This matter is before the court on its own motion. At a hearing on May 31, 2018, the court was advised that the parties had settled the claims then remaining for resolution by a jury in this action. The claim for attorney fees was tried to the court on May 23 and 24, 2018. All issues are now resolved. At the hearing, the parties indicated

that settlement papers would be forthcoming.  Upon receipt of the settlement papers, this court will enter judgment.  Accordingly,

IT IS ORDERED that the parties shall file a stipulation of settlement or other appropriate document on or before August 21, 2018 or this action will be dismissed.

DATED this 7th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge