IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS EDGE INC., FARMERS EDGE (US) INC., and FARMERS EDGE (US) LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>FARMOBILE, LLC, JASON G. TATGE, HEATH GARRETT GERLOCK, and RANDALL THOMAS NUSS,<br><br>Defendants/Counter-Claimants.<br>_____<br><br>CLARKE GERLOCK,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>FARMERS EDGE INC., FARMERS EDGE (US) INC., and FARMERS EDGE (US) LLC,<br><br>Third-Party Defendants. | 8:16CV191<br><br>**ORDER** |

This matter is before the Court on a motion to amend judgment filed by Defendants/Counterclaimants Farmobile, LLC, Jason G. Tatge, Heath Garrett Gerlock, and Randall Thomas Nuss, and Third-Party Plaintiff Clarke Gerlock (collectively, "Farmobile"), Filing No. 462; Farmobile's bill of costs, Filing No. 464; and objections to the motion to amend and to the bill of costs filed by plaintiffs/counterclaim defendants Farmers Edge Inc., Farmers Edge (US) Inc., and Farmers Edge (US) LLC, ("Farmers Edge"), Filing Nos. 468 and 470.

This matter is on appeal to the United States Court of Appeals for the Eighth Circuit.  *See* Filing No. 458, Notice of Appeal.  The outcome of the appeal may affect the pending issues.  Accordingly, the Court finds it appropriate to defer ruling on the motion and objections pending the outcome of the appeal.  For docket control purposes, the motion and bill of costs will be denied, and the objections will be overruled, at this time, without prejudice to reassertion at the conclusion of the appeal.

IT IS ORDERED:

1. Farmobile's motion to amend (Filing No. 462) is denied, without prejudice to refiling;

2. Farmobile's bill of costs (Filing No. 464) is denied, without prejudice to refiling

3. Farmers Edge's objections (Filing Nos. 468 and 470) are overruled, without prejudice to reassertion.

DATED this 19th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge