IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS EDGE INC., FARMERS EDGE (US) INC., and FARMERS EDGE (US) LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMOBILE, LLC, JASON G. TATGE, HEATH GARRETT GERLOCK, and RANDALL THOMAS NUSS,<br><br>Defendants. | **8:16CV191**<br><br>**JUDGMENT** |

Pursuant to the Court's earlier order, Filing No. 457, and the mandate of the Court of Appeals for the Eighth Circuit, Filing No. 487,

1. The parties' claims, counterclaims and third-party claims are dismissed, with prejudice, the parties to bear their own costs.

2. The Clerk of Court is directed to close this case on the docket.

Dated this 18th day of November, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge